In the Matter of the Appraisement of Certain Legacies and the Assessment thereon of a Collateral Inheritance Tax Under the Last Will and Testament of GEORGE W. CULLUM, Deceased.

(Submitted January 28, 1895; decided February 26, 1895.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made February 16, 1894, which affirmed an order of the surrogate of the county of New York assessing a tax on a legacy to the United States.

---

*Reported below, 74 Hun, 282.

*Wallace Macfarlane* and *Charles Duane Baker* for appellants.

*Benj. F. Dos Passos* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.